**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: <br><br> **ARENA EQUITY INVESTMENTS, LLC,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-20554 |

### NOTICE REGARDING SATISFACTION OF DISMISSAL CONDITIONS

PLEASE TAKE NOTICE that, in accordance with Paragraph 2 of the Order Granting Debtor's Motion for Order Dismissing the Debtor's Chapter 11 Case [Dkt. No. 185], on October 16, 2020, undersigned counsel, on behalf of Arena Equity Investments, LLC (the "Debtor"), caused to be mailed to the United States Trustee in good and valid funds the final payment of the outstanding quarterly fees owed by the Debtor to the United States Trustee.  Accordingly, the Debtor has satisfied its obligations for dismissing and closing the above-captioned chapter 11 case in that the Debtor has: filed all outstanding monthly operating reports; paid all outstanding quarterly fees to the United States Trustee; and filed a post-sale report in accordance with Fed. Bankr. R. 6004(f)(1).

Dated:  October 16, 2020

**ARENA EQUITY INVESTMENTS, LLC**

By its attorneys:

*/s/ Adam R. Prescott*
Sam Anderson, Esq.
Adam Prescott, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
PO Box 9729
Portland, Maine 04104-5029
Tel. (207) 774-1200
Fax. (207) 774-1127
Email: sanderson@bernsteinshur.com
         aprescott@bernsteinshur.com